UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**WILLIAM M BURST,**

Plaintiff,

v. **No. 4:25-cv-01065-P**

**AMERICAN AIRLINES INC ET AL.,**

Defendants.

**ORDER**

On July 13, 2026, the United States Magistrate Judge issued Findings, Conclusions, and Recommendations ("FCRs") in the above-captioned case. ECF Nos. 59 and 60. The FCR regarding Defendant American Airlines, Inc.'s ("American") Motion to Dismiss (ECF No. 59) recommends that American's Motion to Dismiss be granted. The FCR regarding Defendant Dallas Fort Worth International Airport Board's ("DFW") Motion to Dismiss (ECF No. 60) recommends that DFW Defendants' Motion to Dismiss be granted. Plaintiff filed an objection to both FCRs on July 27, 2026. ECF No. 61. Defendant DFW filed a response on August 1, 2026. ECF No. 63. Defendant American filed a response on August 3, 2026. ECF No. 64.

The Court has conducted a *de novo* review of the following:

1. The pleadings and record;
2. The FCRs of the United States Magistrate Judge (ECF Nos. 59 and 60);
3. The Plaintiff's written objections to the FCRs (ECF No. 61)
4. Defendants' written responses to Plaintiff's objections (ECF Nos. 63 and 64); and
5. The applicable law.

The Court, having conducted a *de novo* of the FCR in accordance with 28 U.S.C. § 636(b)(1), concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts them as the findings and

conclusions of the Court. Plaintiff has failed to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6).

Accordingly, it is **ORDERED** that Plaintiff's objection is **OVERRULED**, and the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED**. Therefore, Defendant American's Motion to Dismiss (ECF No. 47) is **GRANTED**. Moreover, Defendant DFW's Motion to Dismiss (ECF No. 46) is **GRANTED**.

If a court determines that dismissal of a claim is appropriate, it should be with prejudice if amending the claim would be futile or "the plaintiff has alleged his best case." *Jones v. Greninger*, 188 F.3d 322, 327 (5th Cir. 1999); *see Schiller v. Physicians Res. Group, Inc.,* 342 F.3d 563, 566 (5th Cir.2003). Therefore, all claims against all Defendants are **DISMISSED with prejudice.**

**SO ORDERED** on this **14th day of August 2026.**

Mark T. Pittman

Mark T. Pittman
UNITED STATES DISTRICT JUDGE